*NcRE3 Amnd jgm*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

UNITED STATES OF AMERICA

vs.

NORBERTO OLMO

2007 MAR -1 P 2: 46

2:91cr83 (AHN)

## AMENDMENT TO JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment (For Revocation of Supervised Release) entered by this Court in the above-entitled case on November 8, 2006 be amended in part as follows:

### DATED OF IMPOSITION OF JUDGMENT:

**September 28, 2006**

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court on December 4, 2006, shall in all other respects remain the same.

It is so ordered.

Dated at Bridgeport, Connecticut this 27th day of February 2007.

ALAN H. NEVAS
U.S. DISTRICT JUDGE